UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHRISTOPHER CZARPHINO PEETE,

    Plaintiff,

v.                                                             Case No. 13-C-587

TIM THOMAS, et al.,

    Defendants.

## ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff has filed a Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. The motion will be denied. It cites to no evidentiary materials that establish the undisputed facts necessary to entitle plaintiff to relief. Summary Judgment is not simply an argument that a Plaintiff should win. It requires the plaintiff to establish that the undisputed material facts of the case entitle him to judgment as a matter of law. Plaintiff has failed to set forth facts on this record in a form that would require a response by the defendants. Accordingly, the motion is denied.

Dated this   18th   day of November, 2013.

                                                       s/ William C. Griesbach
                                                     William C. Griesbach, Chief Judge
                                                     United States District Court